# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ST. MICHAEL IRVING

VERSUS

GEICO CASUALTY COMPANY,
ALLSTATE INSURANCE COMPANY,
ROBERT CALDWELL, MELISSA
CALDWELL, AND LANEY CALDWELL

NO.   2019 CW 1065

OCT 2 8 2019

---

In Re:   St. Michael Irving, applying for supervisory writs,
19th Judicial District Court, Parish of East Baton
Rouge, No. 651151.

---

**BEFORE:   HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT DISMISSED.**   This writ application is dismissed pursuant to relator's correspondence filed on August 29, 2019 advising that the matter has completely settled and requesting that this writ application be removed from the docket.

**TMH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT